Commonwealth *v.* Schauer, Appellant.

 Argued September 17, 1973. *Peter J. Fagan,* with him *Anthony J. Ciotola* and *Feldmann and Ciotola,* for appellant; *James R. Anzalone,* Assistant District Attorney, with him *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.